# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JUSTIN KNIGHT**<br>**Plaintiff,**<br><br>v.<br><br>**WAKEFIELD & ASSOCIATES, LLC.**<br>**Defendant,** | ) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) Case No. 1:24-cv-3858<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of Plaintiff against above captioned Defendant in this matter. Plaintiff, therefore, requests that this Honorable Court give the parties 60 days to file the necessary dismissal papers.

DATED: October 24, 2024

                                           Respectfully Submitted:

                                           By: /s/ Naja I. Hawk
                                           **NAJA I. HAWK**
                                           GA Bar Number: 916396
                                           Pleadings@thehawklegal.com
                                           The Hawk Legal Collective
                                           730 Peachtree Street NE, #570
                                           Atlanta, GA 30308
                                           Phone: (404) 439-9310
                                           ***Counsel for Plaintiff***

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

By: /s/ Naja I. Hawk
 **NAJA I. HAWK**
Pleadings@thehawklegal.com
GA Bar Number: 916396

The Hawk Legal Collective
730 Peachtree Street NE, #570
Atlanta, GA 30308

Phone: (404) 439-9310

*Counsel for Plaintiff*